183 So. 924

**CANADA DRY GINGER ALE, Inc. v. Lila CADDELL.**

7 Div. 413.

Court of Appeals of Alabama.
Aug. 2, 1938.

London & Yancey, of Birmingham, for appellant.

L. B. Rainey, of Gadsden, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

176 So. 920

**Fred H. CANNON, alias Norred, v. STATE.**

3 Div. 789.

Court of Appeals of Alabama.
Oct. 5, 1937.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

178 So. 922

**John CANTRELL v. STATE.**

7 Div. 304.

Court of Appeals of Alabama.
Jan. 18, 1938.

RICE, Judge.

Appeal dismissed.

186 So. 916

**James CARDON v. STATE.**

7 Div. 432.

Court of Appeals of Alabama.
Jan. 17, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Appeal dismissed.

176 So. 920

**Leonard CAREY v. STATE.**

6 Div. 185.

Court of Appeals of Alabama.
Oct. 26, 1937.

Thos. J. Carey, of Haleyville, for appellant.

A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State

RICE, Judge.

Affirmed.

186 So. 916

**Austin CARLISLE v. STATE.**

7 Div. 430.

Court of Appeals of Alabama.
Jan. 17, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

178 So. 922

**Charlie CARROLL v. CITY OF ANNISTON.**

7 Div. 312.

Court of Appeals of Alabama.
Jan. 13, 1938.

PER CURIAM.

Appeal dismissed for want of prosecution.